# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2025-1270
Lower Tribunal No. 2024-SC-039616-O

_____

KAYLA WILLIAMS,

Appellant,

v.

DARIUS S. DANTZLER,

Appellee.

_____

Appeal from the County Court for Orange County.
Andrew A. Bain and Jeanette Dejuras Bigney, Judges.

April 28, 2026

PER CURIAM.

AFFIRMED.

WOZNIAK, WHITE and PRATT, JJ., concur.


Kayla Williams, Miami Beach, pro se.

Darius S. Dantzler, Hiram, Georgia, pro se.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED